HOWE'S CAVE LIME AND CEMENT COMPANY, Respondent, v.
HOWE'S CAVE ASSOCIATION, Appellant.

Reported below, 88 Hun, 554.
(Argued November 25, 1895; decided December 10, 1895.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made July 6, 1895, which

91

affirmed an order of the Special Term directing the defendant to permit the plaintiff to make a survey of defendant's property.

*Isaac H. Maynard* for appellant.

*J. Lee Tucker* for respondent.

Order affirmed, with costs, on opinion at General Term. All concur.